**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICKY BROWN,**                                                                         **PLAINTIFF**
**ADC #551211**

**v.**                                 **4:13CV00574-KGB-JJV**

**LLOYD VINCENT, Captain, Faulkner**
**County Detention Center;** *et al*.                                        **DEFENDANTS**

## ORDER

On October 9, 2013, the Court entered an Order directing plaintiff Ricky Brown to pay the $400 filing fee for this action or file a new application to proceed without prepayment of fees, together with the necessary financial information, within 30 days of the date of the Order (Dkt. No. 9). Mr. Brown has not responded to or complied with the Court's Order. Rule 5.5(c)(2) of the Local Rules for the Eastern District of Arkansas provides in part that, "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Pursuant to Local Rule 5.5(c)(2), Mr. Brown's complaint is hereby dismissed without prejudice.

SO ORDERED this the 24th day of February, 2014.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge